SCOTT N. SCHOOLS, SC SBN 9990
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7124
   FAX: (415) 436-7169

Attorneys for Respondents

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JOHN ERHOMOBHENE AZEKE,<br><br>            Petitioner,<br><br>      v.<br><br>ALBERTO GONZALES, Attorney General of the United States; MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; NANCY ALCANTAR, Field Director of Detention and Removal of Immigration and Custom Enforcement,<br><br>            Respondents. | No. C 07-0709 MMC<br><br>**STIPULATION TO A BRIEFING SCHEDULE; AND [PROPOSED] ORDER** |

    On February 2, 2007, Petitioner filed a petition for a writ of habeas corpus. Petitioner, by and through his attorney of record, and Respondents, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to the following briefing schedule:

    Respondents' Opposition to Habeas Petition due:    March 9, 2007

    Petitioner's Reply:    March 23, 2007

    Hearing:    April 13, 2007, at 9:00 a.m.

///

///

Stip to Briefing Schedule
C-07-0709 MMC

| | | |
|---|---|---|
| 1 | Dated: February 20, 2007 | Respectfully submitted, |
| 2 | | SCOTT N. SCHOOLS<br>United States Attorney |

                                              /s/
ILA C. DEISS
Assistant United States Attorney
Attorneys for Respondents

Date: February 20, 2007                         /s/
ROBERT VOLZ
Attorney for Petitioner

**ORDER**

    Pursuant to stipulation, IT IS SO ORDERED, with the exception that the hearing shall be noticed for April 27, 2007 at 9:00 a.m.

Date: February 22, 2007                         _____
MAXINE M. CHESNEY
United States District Judge

Stip to Briefing Schedule
C-07-0709 MMC