IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN ERHOMOBHENE AZEKE, | No. C-07-0709 MMC |
| Petitioner, | **ORDER DENYING MOTION FOR RECONSIDERATION** |
| v. | |
| ALBERTO GONZALES, Attorney General of the United States, et al., | |
| Respondents. | |

    Before the Court is petitioner John Erhomobhene Azeke's motion, filed May 4, 2007, for reconsideration of the Court's order of April 25, 2007 denying his petition for a writ of habeas corpus. Because petitioner fails to cite any authority demonstrating that the Court's order of April 25, 2007 was erroneous, petitioner's motion for reconsideration is hereby DENIED.

    **IT IS SO ORDERED.**

Dated: May 14, 2007

MAXINE M. CHESNEY
United States District Judge